**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 06-cr-00158-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      WILLIAM ELBERT GOSSETT,

        Defendant.
_____

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
_____

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce William Elbert Gossett before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this   9th   day of   June  , 2006.

                                        s/Lewis T. Babcock
                                        UNITED STATES JUDGE
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF COLORADO